# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>     Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.<br><br>     Defendant. | § § § § § § § § § § § § | Civil Action No. 2:16-cv-566-JRG<br><br>LEAD CASE |
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>     Plaintiffs,<br><br>v.<br><br>KAKAO CORPORATION,<br><br>     Defendant. | § § § § § § § § § § § § § | Civil Action No. 2:16-cv-576-JRG<br><br>CONSOLIDATED CASE |

## **ORDER**

Having considered Plaintiffs' Unopposed Motion to Dismiss with Prejudice ("Motion") (Dkt. No. 65), the Court finds that the Motion should be **GRANTED** and Civil Action No. 2:16-cv-576 by Uniloc USA, Inc., and Uniloc Luxembourg S.A. (collectively, "Uniloc") against Kakao Corp. ("Kakao") should be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2). Accordingly, it is **ORDERED** that:

1. Any and all claims by Uniloc against Kakao are dismissed with prejudice.

2. Uniloc and Kakao shall each bear its own attorney fees, expenses, and costs.

3. All other relief requested between Uniloc and Kakao is hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 16th day of March, 2017.**

                                                    _____
                                                    RODNEY GILSTRAP
                                                    UNITED STATES DISTRICT JUDGE